IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMPLETE BUSINESS SOLUTIONS GROUP, | : | CIVIL ACTION |
| INC. (A/K/A: "FAST ADVANCE FUNDING") | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROTECTION LEGAL GROUP, LLC, | : | |
| MARK D. GUIDUBALDI & ASSOCIATES, LLC, | : | |
| CORPORATE BAILOUT, LLC, | : | |
| SANFORD J. FEDER, ESQ., and | : | |
| MARK D. GUIDUBALDI, ESQ. | : | |
| Defendants. | : | No. 16-4267 |

**O R D E R**

**AND NOW**, this 10th day of April, 2017, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Strike Plaintiff's Second Amended Complaint (Doc. No. 17) is **GRANTED**. Plaintiff's Second Amended Complaint is **STRICKEN**.

2. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 5) is **GRANTED**. Plaintiff's First Amended Complaint is **DISMISSED**.

3. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

*/s J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.